10337638

Case 1:17-cr-00130-DLH *SEALED*   Document 19   Filed 06/08/17   Page 1 of 2

Local AO 442 (Rev 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Kendall Frederick Denzell Hosendove<br><br>Defendant | ) ) ) Case No.  1:17-cr-130-08 ) ) ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kendall Frederick Denzell Hosendove
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Aiding and Abetting
Forfeiture Allegation

Date:   06/08/2017

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:   Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 7-25-17
at *(city and state)* Detroit, MI

Date:   7-25-17

_____
*Arresting officer's signature*

Brian Moran
*Printed name and title*